# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA22CV00100-JLS (KESx) |
| Title: | Maria Quintanilla v. United States of America |
| Date | March 6, 2024 |

Present: The Honorable **Josephine L. Staton, United States District Judge**

| Charles A. Rojas | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Denisse Gastelum, Christian Contreras | Adam Gafni, AUSA, Trent Fujii, AUSA |

__2nd__ Day Court Trial  ____ Day Jury Trial

____ One day trial:  ____ Begun (1st day);  ____ Held & Continued;  __X__ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

__X__ Witnesses called, sworn and testified.   __X__ Exhibits Identified   __X__ Exhibits admitted.

__X__ Plaintiff(s) rest.   __X__ Defendant(s) rest.

____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.

____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.

____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.

____ Jury polled.   ____ Polling waived.

__X__ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.

__X__ Judgment by Court for   ____ plaintiff(s)   __X__ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).

____ Case submitted.   ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is   ____ granted.   ____ denied.   ____ submitted.

____ Motion for mistrial by _____ is   ____ granted.   ____ denied.   ____ submitted.

__X__ Motion for Judgment/Directed Verdict by  Defendant  is  __X__ granted.  ____ denied.  ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

__X__ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to _____ for further trial/further jury deliberation.

__X__ Other:  Defendant are ordered to lodge a Proposed Judgment.

  1  :  45

Initials of Deputy Clerk  cr

cc: