# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA QUINTANILLA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERCA,<br><br>Defendant. | Case No. 8:22-cv-00100-JLS-KES<br><br>**FINAL JUDGMENT** |

In accordance with the Court's recitations of findings of fact and conclusions of law, and the Court's granting of Defendant United States of America's motion for judgment on partial findings under Federal Rule of Civil Procedure 52(c), IT IS HEREBY ORDERED ADJUDGED, AND DECREED:

1. Plaintiff Maria Quintanilla takes nothing;
2. Judgment is entered in favor of Defendant United States of America;
3. Defendant United States of America is entitled to recover its costs.

**IT IS SO ORDERED.**

Dated: March 6, 2024

HONORABLE JOSEPHINE L. STATON
United States District Judge